IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Jose Vidal Carcamo, ) | C/A No.: 9:26-cv-00141-MGL-MHC |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | |
| Field Office Director, U.S. Immigration and ) | **ORDER TO SHOW CAUSE** |
| Customs Enforcement, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

This is an action seeking habeas corpus relief under 28 U.S.C. § 2241. Petitioner is represented by counsel and has paid the full filing fee. Under Local Civil Rule 73.02(B)(2) of the United States District Court for the District of South Carolina, pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge.

Petitioner filed a Motion for Temporary Restraining Order on January 15, 2026. ECF No. 3. By Text Order entered January 16, 2026, the assigned United States District Judge ordered that, "[p]ending the Court's issuance of a ruling on Petitioner's motion for temporary restraining order, Respondent shall not deport, remove, or otherwise transfer Petitioner outside the District of South Carolina." ECF No. 7. That Text Order is still in effect.

Upon review of the instant habeas Petition, the undersigned **ORDERS** as follows:

1. Respondent is ordered to, on or before January 23, 2026, file a full and complete Return to the Petition, which

   a. responds to the factual and legal allegations of the Petition, and

   b. states the statutory authority for Petitioner's detention, *see* 28 U.S.C. § 2243.

2. Petitioner is ordered to file any response to the Return on or before Monday, January 26, 2026.

3. Respondent is ordered to file a Response to the Motion for Temporary Restraining Order on or before Monday, January 26, 2026.

4. Counsel for Petitioner shall (a) serve a copy of this Order on Respondent forthwith but not later than January 21, 2026, and (b) file a certificate of service by the same date.

**IT IS SO ORDERED.**

January 20, 2026
Charleston, South Carolina

_____
The Honorable Molly H. Cherry
United States Magistrate Judge